Celia C. Gallin, on Behalf of Herself and Other Creditors of Bond and Mortgage Guarantee Company, Appellant, v. C. D. Burdick et al., Defendants, and Bond and Mortgage Guarantee Company, Respondent.

(Submitted June 8, 1934; decided July 3, 1934.)

*Abraham L. Pomerantz* for appellant.

*Frank Weinstein* and *Samuel J. Levinson* for Paul F. E. Ewoldt, *amicus curiæ.*

*Arthur Ofner, Abraham J. Halprin, Samuel Boksenbom* and *Alfred C. Bennett* for respondent.

Order affirmed, with costs. First question certified answered in the negative. Fourth question certified answered in the affirmative. Other questions certified not answered. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.